UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CYNTHIA E. CUNNINGHAM,

    Plaintiff,                              Case No.:

v.

SECURITY FIRST MANAGERS, LLC,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Cynthia E. Cunningham, by and through her undersigned attorney and files her Complaint against her former employer the Defendant, Security First Managers, LLC, and for her causes of action alleges:

### *JURISDICTION*

1. Plaintiff, Cynthia E. Cunningham, brings this action against the Defendant, Security First Managers, LLC, as a member of a protected class pursuant to *29 U.S.C. § 621, § 623(a)(1)* et seq., the Age Discrimination in Employment Act (ADEA), as amended, *42 U.S.C. § 1983* et seq., and under the *Florida Civil Rights Act of 1992, § 760,* Florida Statutes.

2. This is an action for damages which exceeds the sum of $75,000 not including reasonable attorney's fees and costs associated with this action, which are part of this action.

3. The claim asserted in this action arose within the jurisdiction of this district and the alleged discrimination and damages occurred in this district.

## PARTIES

4. At all times relevant to this action, Plaintiff, Cynthia E. Cunningham, was and continues to be a resident of Ormond Beach, Volusia County, Florida.

5. Upon her information and belief, Plaintiff, Cynthia E. Cunningham, qualifies as an "eligible employee" as defined in *29 U.S.C. Section 2611(2)*.

6. At all times material, the Defendant, Security First Managers, LLC, was and continues to be, a corporation authorized to conduct business in this district.

7. Upon her information and belief, the Defendant, Security First Managers, LLC, qualifies as an "employer" as defined in *29 U.S.C. Section 2611(4)*.

## PRIOR PROCEEDINGS

8. On or about October 31, 2019, Plaintiff, Cynthia E. Cunningham, filed a Charge of Discrimination with the Equal Employment Opportunity Commission against the Defendant, Security First Managers, LLC, pursuant to ADEA violations.[1]

9. On or about January 2, 2020, Plaintiff, Cynthia E. Cunningham, received a "Notice of Right to Sue" from the Equal Employment Opportunity Commission pursuant to her ADEA complaint against the Defendant, Security First Managers, LLC.[2]

10. All conditions precedent to bringing this lawsuit have occurred, been performed, or been waived.

---

[1] *See*, attached Exhibit "A".

[2] *See*, attached Exhibit "B".

## GENERAL ALLEGATIONS

11. On or about March 10, 2008, the Defendant, Security First Managers, LLC, hired Plaintiff, Cynthia E. Cunningham, as a Data Analyst for the newly formed analytics department.

12. The Defendant, Security First Managers, LLC, was a newly formed company when hiring Plaintiff, Cynthia E. Cunningham, and one of the original 25 employees.

13. Plaintiff, Cynthia E. Cunningham, spearheaded and streamlined the analytics department during the Defendant, Security First Managers, LLC's growth, to its current 450+ employee force.

14. Plaintiff, Cynthia E. Cunningham, dedicated long hours and after hours assignments to develop new programs and efficiency processies to the rapidly growing corporation.

15. On or about March 8, 2010 Plaintiff, Cynthia E. Cunningham, was promoted to Corporate Analytics Manager by the Defendant, Security First Managers, LLC, for her superior dedication and work ethic.

16. The Defendant, Security First Managers, LLC, reassigned projects and frequently encouraged its older employees to relinquish duties to younger, inexperienced employees.

17. Throughout 2016, the Defendant, Security First Managers, LLC, went through a complete system conversion which was released in January 2017 with a 99.9% conversion ratio.

18. Approximately January 2017, the Defendant, Security First Managers, LLC, hired Robert P. Ketchum, as the new Vice President of Product Development and Corporate Analytics, a position which oversaw Plaintiff, Cynthia E. Cunningham's department. Robert P. Ketchum admitted at his first Security First Managers, LLC analytics team meeting that he did not know anything about analytics and would learn from them.

19. Approximately June 2018, Plaintiff, Cynthia E. Cunningham, who suffers from fibromyalgia syndrome, requested and received, in an abundance of caution an "as needed/intermittent" FMLA leave. Cynthia E. Cunningham only used approximately 2 FMLA days in 2018.

20. Approximately July 2018, during an analytics department team meeting, the Defendant, Security First Managers, LLC, employee, Robert P. Ketchum, addressed Plaintiff, Cynthia E. Cunningham and several other employees, all over the age of 50, as "older employees" that needed to train the "younger employees" so that the analytics department will exist after their retirement.

21. Approximately mid 2018, unbeknownst to Plaintiff, Cynthia E. Cunningham, Robert P. Ketchum, hired a young inexperienced employee, Anirudh Kumar, to manage the corporate analytics team, a position Cynthia E. Cunningham successfully held for 8 years. Anirudh Kumar had no management experience nor knowledge of the analytics department or structure.

22. Approximately end of year 2018 through 2019, the Defendant, Security First Managers, LLC, slowly but systematically withdrew high end projects handled by Plaintiff, Cynthia E. Cunningham, and reassigned them to "younger employees" who did not have the knowledge or experience to handle such projects.

23. Approximately June 2019, Plaintiff, Cynthia E. Cunningham, who suffers from fibromyalgia syndrome, requested and received, in an abundance of caution an "as needed/intermittent" FMLA leave. Cynthia E. Cunningham used no FMLA days in 2019.

24. On or about October 10, 2019, the Defendant, Security First Managers, LLC,

called Plaintiff, Cynthia E. Cunningham, to Human Resources, advised her she was terminated and demanded she sign the Settlement and Release Agreement they provided to her.

25. On or about October 14, 2019, Plaintiff, Cynthia E. Cunningham, treated with her long time physician Diego T. Torres, II, MD, FAAFP, for issues related to her long time illness of fibromyalgia syndrome. Diego T. Torres, II, MD, FAAFP's medical opinion is such that Cynthia E. Cunningham was not competent to address the Settlement and Release Agreement that she was coerced to sign.[3]

26. Plaintiff, Cynthia E. Cunningham, retained The Harr Law Firm to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its service.

## COUNT I

### *AGE DISCRIMINATION IN EMPLOYMENT ACT, 29 U.S.C. § 621, et seq.*

27. Plaintiff, Cynthia E. Cunningham, realleges and reincorporates the allegations contained in paragraph 1 through 26 above.

28. The Defendant, Security First Managers, LLC's conduct of systematically laying off "older employees" including Plaintiff, Cynthia E. Cunningham, and replacing them with "younger workers" in order to build a younger workforce, constitutes age discrimination in violation of the ADEA.

29. The Defendant, Security First Managers, LLC's violation of the ADEA was knowingly and willful.

30. As a direct and proximate result of the Defendant, Security First Managers, LLC's age discrimination against Plaintiff, Cynthia E. Cunningham, lost her job and has been denied the

---

[3] *See*, attached Exhibit "C".

fair opportunity to retain employment with Security First Managers, LLC.

31. Further, Plaintiff, Cynthia E. Cunningham, has suffered damages including, but not limited to, loss of income.

WHEREFORE, Plaintiff, Cynthia E. Cunningham, demands judgment against the Defendant, Security First Managers, LLC, for monetary damages, including, but not limited to, loss of income and reasonable attorney's fees and costs incurred in this action.

## *COUNT II*

### *VIOLATION OF FLORIDA STATUTES §760.10 (1)*

32. Plaintiff, Cynthia E. Cunningham, realleges and reincorporates the allegations contained in paragraph 1 through 26 above.

33. Pursuant to *§760.10 (1)*, Florida Statutes, it is unlawful for an employer to discharge an employee based on his or her age.

34. The Defendant, Security First Managers, LLC, terminated Plaintiff, Cynthia E. Cunningham's employment, due to her age, in violation of *§ 760.10 (1)*, Florida Statutes.

35. As a direct, natural, proximate and foreseeable result of the actions of the Defendant, Security First Managers, LLC, Plaintiff, Cynthia E. Cunningham, has suffered past and future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

36. The discrimination against Plaintiff, Cynthia E. Cunningham, was in reckless disregard of Cynthia E. Cunningham's statutory rights against discrimination as to entitle Cynthia E. Cunningham an award of punitive damages.

37. Plaintiff, Cynthia E. Cunningham, is entitled to recover reasonable attorney's fees

and litigation expenses against the Defendant, Security First Managers, LLC, pursuant to Section *§ 760.11(5)*, Florida Statutes.

## *JURY TRIAL*

38. Plaintiff, Cynthia E. Cunningham, requests a trial by jury.

Dated this 13th day of March, 2020.

Respectfully submitted,

*/s/ Jason L. Harr*
JASON L. HARR
Florida Bar No.: 0194336
THE HARR LAW FIRM
The Harr Professional Center
517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Email: jasonharr@harrlawfirm.com
lynnwilkins@harrlawfirm.com
miriamjuarez@harrlawfirm.com
Telephone: (386) 226-4866
Telefax: (386) 226-4886
ATTORNEY FOR PLAINTIFF
CYNTHIA E. CUNNINGHAM

ATTACHMENTS:
    Exhibit "A" - Charge of Discrimination dated November 22, 2019.
    Exhibit "B" - Notice of Right to Sue dated January 2, 2020.
    Exhibit "C" - Letter from Diego T. Torres, II, MD, FAAFP dated November 12, 2019.